<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NORTH JERSEY NEUROSURGICAL ASSOCIATES PA,<br><br>Plaintiff,<br><br>v.<br><br>HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY,<br><br>Defendant. | Civil Action No. 25-12593 (SDW) (MAH)<br><br>**WHEREAS OPINION & ORDER**<br><br>December 18, 2025 |

**WIGENTON, District Judge.**

      **THIS MATTER** having come before this Court upon Defendant Horizon Blue Cross Blue Shield of New Jersey's ("Defendant") Motion to Dismiss (D.E. 7 ("MTD")) Plaintiff North Jersey Neurosurgical Associates PA's ("Plaintiff") Complaint (D.E. 1 ("Compl.")) and Plaintiff's Cross-Motion to Confirm an Arbitration Award (D.E. 11); and

      **WHEREAS** Plaintiff initiated the instant lawsuit on July 2, 2025, asserting claims pursuant to and for violation of the No Surprises Act, 42 U.S.C. § 300gg-111 *et seq.* (Compl. at 9–11.) Plaintiff seeks to recover $299,232.67 in Independent Dispute Resolution ("IDR") awards issued following IDR proceedings on August 28, 2024; September 4 and 11, 2024; and October 11, 2024. (*Id.* ¶¶ 78, 82); and

      **WHEREAS** for the reasons so cogently expressed in *Modern Orthopaedics of New Jersey v. Premera Blue Cross*, No. 25-1087, 2025 WL 3063648 (D.N.J. Nov. 3, 2025), this Court concludes it lacks jurisdiction over the instant matter; therefore

Defendant's MTD and Plaintiff's Cross-Motion are **DENIED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

                                                /s/ Susan D. Wigenton
                                          **SUSAN D. WIGENTON, U.S.D.J.**

Orig:       Clerk
cc:         Parties
              Michael A. Hammer, U.S.M.J.